DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT FLEENER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2343

[February 8, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 08-4156 CF10A.

Robert Fleener, Miami, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

*   *   *

***Not final until disposition of timely filed motion for rehearing.***